**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Case No. 09-20314

MICHAEL LUSK,

    Defendant.
                                                  /

**ORDER MODIFYING AMOUNT OF RESTITUTION**

On February 8, 2013, the court held an evidentiary hearing regarding whether to modify the original restitution amount of $620,100.52 ordered on September 18, 2012. For the reasons set forth at the hearing, the court will overrule Defendant's objections to Plaintiff's proposed modifications to the restitution amount. Accordingly,

IT IS ORDERED that Defendant is ORDERED to pay restitution to the below victims in the total amount of **$938,778.47**. Defendant is ORDERED to pay the following victims in the following amounts:

    Bank of America - **$117,891.81**
    Fraud Investigations
    Nancy Edmonds
    101 S. Tryon St.
    Charlotte, NC 28255
    (469) 201-8656

    Signature Group Holdings, Inc. - **$313,617.51**
    David Brody
    15303 Ventura Blvd., Suite 1600
    Sherman Oaks, CA 91403
    (805) 435-1254

Federal Deposit Insurance Corporation - **$282,769.10**
Restitution Payments
Michael J. Stanislao
P.O. Box 971774
Dallas, TX 75397-1774
(972) 761-2222

Century Mortgage Co. d/b/a, - **$90,668.30**
Century Lending
9931 Corporate Campus Dr.
Suite 1200
Louisville, KY 40223
(502) 753-4155

ACC Capital Holdings - **$133,831.75**
2677 N. Main St.
Santa Ana, CA 92705
(714) 617-9799

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2013, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522