IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
<u>MEMPHIS</u> DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                          Case No. 2:09cr20314-1-RHC

MICHAEL LUSK,

    Defendant,

## ORDER GRANTING MOTION AND ORDERING
## REFUND OF CASH APPEARANCE BOND

      This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

      IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ <u>5,000.00 ,</u>  payable to <u>Sherrie Johnson at the address on file with the court.</u> in full refund of the cash appearance bond posted herein.

                                                                         <u>S/Robert H. Cleland</u>
                                                                        ROBERT H. CLELAND
                                                                        UNITED STATE DISTRICT JUDGE

Approved.
Thomas M. Gould, Clerk of Court

BY: <u>s/ Sandra McClain</u>
      Deputy Clerk

Date: May 9, 2013